**Order entered October 7, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00893-CV**

**MATTHEW FULLER AND FULLER WEALTH MANAGEMENT, LLC,**
**Appellants**

**V.**

**CRAIG HAUSZ, MICHELLE HAUSZ, CMH ADVISORS, PLLS, AND**
**CMH WEALTH MANAGEMENT, LLC, Appellees**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-01154-2022**

**ORDER**

On October 5, 2022, we notified Antoinette Varela, Official Court Reporter for the 366th Judicial District Court, that the reporter's record in this accelerated appeal was overdue. In response, Ms. Varela filed a letter stating she was unaware the appeal was accelerated and the deadline for filing the record had passed.

We construe Ms. Varela's October 6, 2022 letter as a request for an extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than October 27, 2022.

/s/     BILL PEDERSEN, III
               JUSTICE